NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN ARNOLD VASQUEZ,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )   Case No.  2D18-277
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____      )

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

Bridgette M. Domingos and Victoria Bell,
Largo, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


KELLY, MORRIS, and SLEET, JJ., Concur.